Cleaners DeLuxe, appellant, v. William Juern et al., appellees. Gen. No. 40,064.

644 

 Opinion filed June 30, 1938. Rehearing denied July 12, 1938.

Otto C. Rentner, for appellant; Isadore J. Stagman, of counsel. Theodore A. Kolb, for appellee William Juern.

Mr. Justice Matchett delivered the opinion of the court.